UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ERIC ADDISON HOMAN, :
: Civil Action No. 13-1466 (MAS)
      Plaintiff, :
:
      v. : MEMORANDUM ORDER
:
NEW JERSEY DEPARTMENT OF :
CORRECTIONS, et al., :
:
      Defendants. :

THIS MATTER comes before the Court by application filed by Plaintiff, Eric Addison Homan, to re-open his case. (ECF No. 6.) It appears that:

1. On March 11, 2013, Plaintiff filed a Complaint and application to proceed *in forma pauperis* ("IFP"). (ECF No. 1.) A copy of the notification acknowledging this Court's receipt of said Complaint sent to Plaintiff was thereafter returned as "Undeliverable" on two occasions, on March 18, 2013 and April 1, 2013. (ECF Nos. 2, 3.)

2. On May 3, 2013, this Court issued an Order dismissing the case without prejudice due to Plaintiff's failure to comply with the notice requirement under Local Civil Rule 10.1(a), which imposes an affirmative duty upon litigants to inform the Court of any changes in address within seven days. The Order allowed Plaintiff to re-open his case if he updated his contact information in satisfaction of the requirements under the appropriate Rules of the Court. (ECF No. 4.)

3. On May 2, 2014, Plaintiff wrote to the Court, giving his current address and explaining that he was transferred several times to different state facilities and did not receive his mail. He asks to have his case re-opened. (ECF No. 6.)

THEREFORE, IT IS ON THIS 16th day of June, 2014

ORDERED that the Clerk shall RE-OPEN the file in order for this Court to entertain Plaintiff's application to proceed *in forma pauperis* and, if same is granted, to screen the Complaint for dismissal pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A; and it is further

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.

/s/ Michael A. Shipp
MICHAEL A. SHIPP
United States District Judge